IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN AND JANE DOE 2, ) | | |
| INDIVIDUALLY, and as GUARDIANS ) | | |
| AD LITEM, OF MINOR CHILD DOE 2, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| v. ) | 1:03CV00669 | |
| ) | | |
| ORTHO-CLINICAL ) | | |
| DIAGNOSTICS, INC., ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER & JUDGMENT

BEATY, District Judge.

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Exclude All Testimony that Thimerosal-Containing RhoGAM Causes Autism [Document #63] is GRANTED. Accordingly, because Plaintiffs cannot prove causation, Defendant's Motion for Summary Judgment [Document #94] is also GRANTED and this case is DISMISSED WITH PREJUDICE. Finally, the Court further finds that Defendant's Motion to Exclude Plaintiffs' Expert Suzanne Parisian, M.D. [Document #65] is DENIED AS MOOT.

This, the 6th day of July, 2006.

United States District Judge